a real car ca car ! It s .
judges: Noonan, Gould, Friedland